IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID DESPOT,<br>    Plaintiff,<br><br>vs<br><br>THE BALTIMORE LIFE INSURANCE CO., et al.,<br>    Defendants. | Civil Action No. 15-1672 |

O R D E R

AND NOW, this 16th day of February, 2016, after a motion to dismiss (ECF No. 22) was filed on behalf of defendant Microsoft Corporation/Bing, along with a brief in support thereof (ECF No. 23),

IT IS ORDERED that the plaintiff file an appropriate response including possible affidavits in opposition to the motion, or an amended complaint, by March 8, 2016.

Failure to file a timely response, unless an extension is secured from the Court, may result in the impositions of sanctions.

s/Robert C. Mitchell
ROBERT C. MITCHELL
United States Magistrate Judge

cc:   David Despot
      100 Elizabeth Drive
      Apt. 1102
      Pittsburgh, PA 15220