IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID DESPOT, ) | |
|         Plaintiff, ) | |
| ) | |
| vs ) | Civil Action No. 15-1672 |
| ) | |
| THE BALTIMORE LIFE INSURANCE CO., et al., ) | |
|         Defendants. ) | |

O R D E R

AND NOW, this 16th day of February, 2016, the Plaintiff having filed a complaint and Defendant Microsoft Corporation/Bing having filed a motion to dismiss, and the case having been initially assigned to the undersigned for all matters, including final disposition,

IT IS HEREBY ORDERED that on or before March 8, 2016, Plaintiff and Microsoft Corporation/Bing party shall complete an election form, copy included herewith, either consenting to jurisdiction by the magistrate judge or electing to have a district judge assigned to the case, and shall file the form with the Clerk's Office.

                              s/Robert C. Mitchell
                              ROBERT C. MITCHELL
                              United States Magistrate Judge

cc:    David Despot
        100 Elizabeth Drive
        Apt. 1102
        Pittsburgh, PA 15220

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID DESPOT, ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | Civil Action No. 15-1672 |
| ) | |
| THE BALTIMORE LIFE INSURANCE CO., et al., ) | |
| Defendants. ) | |

(Complete either Part 1 or Part 2)

PART 1:  CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____             _____
                                                                    Signature


                                            Print Name:  _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PART 2:  DISTRICT JUDGE OPTION

    Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (counsel of record for _____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____             _____
                                                                    Signature
                                            Print Name:  _____