# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID DESPOT,<br><br>*Plaintiff*,<br><br>v.<br><br>THE BALTIMORE LIFE INSURANCE COMPANY, *et. al.*,<br><br>*Defendants*. | Civil Action No. 2:15-cv-01672-RCM<br><br>The Honorable Robert C. Mitchell<br><br>**SUPPLEMENT TO CASETEXT, INC.'S MOTION TO DISMISS** |

After reviewing the amended complaint, Casetext, Inc. reiterates that this Court should grant its motion to dismiss, for the reasons given in its previously filed memorandum. *See* ECF No. 35. As explained there, the First Amendment, the Third Circuit's decision in *Lowenschuss v. West Publishing Co.*, 542 F.2d 180, 186 (3d Cir. 1976), and Section 230 of the Communications Decency Act bar all of Mr. Despot's claims, which concern only Casetext's online publication of judicial opinions and orders. *See Nieman v. VersusLaw, Inc.*, 512 F. App'x 635, 636–38 (7th Cir. 2013). And just like the initial complaint, the amended complaint fails to state any facts that establish any claim for relief against Casetext.

Respectfully submitted,

*s/ Deepak Gupta*
Deepak Gupta
Neil K. Sawhney
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741 (telephone)

James M. Pietz
FEINSTEIN, DOYLE, PAYNE & KRAVEC, LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
(412) 281-8400 (telephone)
*Counsel for Defendant Casetext, Inc.*

Dated: May 12, 2016