# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID DESPOT, | ) | |
|       Plaintiff, | ) | Civil Action No. 15-1672 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| THE BALTIMORE LIFE INSURANCE COMPANY, *et al.*, | ) | |
|       Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 and Local Rule of Civil Procedure 72.

On November 2, 2016, the Magistrate Judge issued a Report (Doc. 92) recommending that the Baltimore Life Insurance Company, Inc.s' (Defendant's) Motion for Attorney's Fees (Doc. 78) be granted. The Report and Recommendation was served on the parties, and Plaintiff has filed Objections. *See* Doc. 94.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendant's Motion for Attorney's Fees (Doc. 78) is **GRANTED**, and attorney's fees and costs in the total amount of **$40,678.57** are awarded, against Plaintiff and in favor of the Baltimore Life Insurance Company, Inc. The Magistrate Judge's Report and Recommendation hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


December 5, 2016                              s\Cathy Bissoon
                                              Cathy Bissoon
                                              United States District Judge


cc (via ECF email notification):

All counsel of record


cc (via First-Class, U.S. Mail):

David Despot
4000 Mason Lane
Apartment # 4408
Pittsburgh, PA  15205